AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Catherine Paye,  **JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 11-CV-563

v.

ACB American, Inc.,

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed for failure to prosecute.

Date: July 26, 2012               MICHAEL J. ROEMER, CLERK

                                  By: s/Diane Radloff
                                          Deputy Clerk